IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


UNITED STATES OF AMERICA

v.                                                  CASES NO. 5:16cr3-RH-MAL
                                                              5:22cv265-RH-MAL

LARRY BERNARD GILMORE,

        Defendant.

_____/


**ORDER DENYING THE § 2255 MOTION AND
DENYING A CERTIFICATE OF APPEALABILITY**


The defendant has moved under 28 U.S.C. § 2255 for relief from his

judgment of conviction. The motion is before the court on the magistrate judge's

report and recommendation, ECF No. 458. No objections have been filed. This

order accepts the report and recommendation, adopts it as the court's opinion, and

denies the § 2255 motion.

A defendant may appeal the denial of a § 2255 motion only if the district

court or court of appeals issues a certificate of appealability. Under 28

U.S.C. § 2253(c)(2), a certificate of appealability may issue "only if the applicant

has made a substantial showing of the denial of a constitutional right." *See Miller-*

*El v. Cockrell,* 537 U.S. 322, 335-38 (2003); *Slack v. McDaniel,* 529 U.S. 473,

483-84 (2000); *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983); *see also Williams v. Taylor*, 529 U.S. 362, 402-13 (2000) (setting out the standards applicable to a § 2254 petition on the merits). As the Court said in *Slack*:

> To obtain a COA under § 2253(c), a habeas prisoner must make a substantial showing of the denial of a constitutional right, a demonstration that, under *Barefoot*, includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were "adequate to deserve encouragement to proceed further."

529 U.S. at 483-84 (quoting *Barefoot*, 463 U.S. at 893 n.4). Further, in order to obtain a certificate of appealability when dismissal is based on procedural grounds, an applicant must show, "at least, that jurists of reason would find it debatable whether the [motion] states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Id.* at 484.

The defendant has not made the required showing. This order thus denies a certificate of appealability.

IT IS ORDERED:

1. The defendant's motion for relief under 28 U.S.C. § 2255, ECF No. 441, is denied.

2. The clerk must enter judgment.

Case No. 5:16cr3-RH-MAL

3. A certificate of appealability is denied.

SO ORDERED on May 2, 2026.

s/Robert L. Hinkle
United States District Judge